UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN SUMIRA,

                Plaintiff,

- against -

CLAUDIA HENSCHKE, and DAVID YANKELEVITZ,

                Defendants.

**ORDER**

22 Civ. 1130 (PGG) (SDA)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there shall be a conference in this matter on **Thursday, January 19, 2023, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge