**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

---

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Jason@levinepstein.com

January 18, 2023

*Via Electronic Filing*
The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court
Southern District of New York
40 Foley Square New York, NY 10007

MEMO ENDORSED

*The conference is adjourned to Feb. 2, 2023 at 10:15 a.m.*

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: Jan 18 2023

Re:    *Sumira v. Henschke et al*
       **Case No.: 1:22-cv-01130-PGG-SDA**

Dear Honorable Judge Gardephe:

This law firm represents Plaintiff Bryan Sumira (the "Plaintiff") in the above-referenced action.

Pursuant to Your Honor's Individual Motion Practice Rule I(E), this letter respectfully serves as a request to adjourn the status conference scheduled from January 19, 2023 to, through and including another date set by the Court.[1]

This is the first request of its nature, and is made on consent of Defendants Claudia Henschke and David Yankelevitz (together, the "Defendants").

The basis for this request is that the parties require additional time to meet-and-confer regarding whether any final fact discovery is necessary. In addition, the undersigned law firm has a conflicting mediation in another case pending before the Eastern District of New York, that cannot be rescheduled.

In light of the foregoing, Plaintiffs respectfully requests that the status conference scheduled from January 19, 2023 be adjourned to, through and including another date set by the Court.

We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

Thank you, in advance, for your time and consideration.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi
    60 East 42nd Street, Suite 4700
    New York, NY 10170

---

[1] Out of an abundance of caution, the undersigned wishes to inform the Court that counsel for Defendants has requested an adjourned date of February 13, 2023. The undersigned counsel is generally available that day, to, through and including 1:00 p.m.

Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

VIA ECF: All Counsel